THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10 B 54396 |
| | ) | (Jointly Administered) |
| | ) | |
| KB, LLC, *et al.*[1], | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | November 22, 2011, at 10:00 a.m. |

**NOTICE OF MOTION**

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on November 22, 2011, at 10:00 a.m., I shall appear before the Honorable Judge Susan Pierson Sonderby, or any other judge sitting in her stead, in Room 642, 219 South Dearborn Chicago, Illinois, and request a hearing on Debtors' Special Counsel's Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses, a copy of which is attached hereto and thereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and APPLICATION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 31st of October 2011.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

---

[1] The Debtors, together with their bankruptcy case numbers are: (i) KB, LLC, 10 B 54396; and (ii) KB II, LLC, 11 B 3848.

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Patrick T. Wallace
Office of Fund Counsel
111 West Jackson Boulevard
Suite 1415
Chicago, Illinois 60604

Daniel Olswang, Esq.
Hauselman, Rappin & Olswang, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, IL 60603

**Parties Served Via US Mail**

KB, LLC
825 Seegers Road
Des Plaines, Illinois 60016

KB II, LLC
825 Seegers Road
Des Plaines, Illinois 60016

American Brick Paving Inc.
825 Seegers Road
Des Plaines, Illinois 60016

American Brick Saw Company, Inc.
825 Seegers Road
Des Plaines, Illinois 60016

American Snow Removal, Inc.
825 Seegers Road
Des Plaines, Illinois 60016

Commercial Brick Paving, Inc.
825 Seegers Road
Des Plaines, Illinois 60016

Foster Niles
825 Seegers Road
Des Plaines, Illinois 60016

Foster Niles II
825 Seegers Road
Des Plaines, Illinois 60016

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10 B 54396 |
| | ) | (Jointly Administered) |
| | ) | |
| KB LLC, et al.[1], | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | November 22, 2011, at 10:00 a.m. |

**DEBTORS' SPECIAL COUNSEL'S FINAL APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES**

Now Comes Mary T. Nicolau and the firm of Smith/Nicolau, P.C. (the "Attorneys"), Special Counsel for KB, LLC ("KB") and KB II, LLC ("KB II"), as debtors and debtors in possession (collectively "Debtors") in these jointly administered Chapter 11 cases, and, pursuant to §§ 330 and 331 of the Bankruptcy Code, requests that this Court enter an order allowing final compensation of $10,201.67 for services rendered to the Debtors' in contesting the Debtors' 2010 real estate assessed value and reimbursement of costs and expenses in the amount of $10.00 and authorizing payment of the unpaid balance of allowed compensation and reimbursement of costs and expenses totaling $10,211.67, and, in support thereof, state as follows:

1. On December 8, 2010, KB caused a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code to be filed (the "KB Petition Date"). On January 31, 2011, KB II caused a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code to be filed (the "KB II Petition Date"). The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in this case.

---

[1] The Debtors, together with their bankruptcy case numbers are: (i) KB, LLC, 10 B 54396; and (ii) KB II, LLC, 11 B 3848.

2. The Debtors' cases are being jointly administered pursuant to Rule 1015(b) of the Fed. R. Bankr. P.

3. The Debtors have filed a plan and disclosure statement in the case proposing a deemed substantive consolidation of the Debtors.

4. The Debtors have paid all quarterly fees due to date to the United States Trustee.

5. The Debtors have filed all monthly operated reports due to date.

6. In accordance with Bankruptcy Rule 2002, notice of this Application has been sent to all parties on the service list, including the US Trustee, and all creditors and parties in interest.

7. On January 25, 2011, the Court entered an *Order Authorizing Employment of Special Counsel* in the KB, LLC case (Docket No. 21).

8. On March 15, 2011, the Court entered an *Order Directing Joint Administration of Cases* (Docket No. 33).

9. The compensation agreement between Special Counsel and the Debtors under which Special Counsel seeks compensation is their usual and customary contingent fee agreement charged for real estate tax work of this nature, performed for other clients.

10. The Attorneys have not previously sought compensation.

11. The Debtors' compensation agreement with Special Counsel provides, *inter alia*, that the Debtors will compensate Special Counsel 37.5% of one year's tax savings for a reduction secured during the first year of a triennial assessment. Special Counsel was able to obtain a reduction from the Cook County Board of Review on May 23, 2011 for the Debtors' PINs ending -042, -043, which is during the first year of the triennial assessment, resulting in a total tax savings of $27,204.45 for 2010. The Debtors' total tax savings for the triennial period will be $81,613.36.

12. A copy of the Cook County Board of Review's Decision and Special Counsel's Statement for

Services Rendered is attached hereto as Exhibit A.

13. All of the professional services performed were actual and necessary for the proper representation of the Debtors as Chapter 11 Debtors in Possession and in furtherance of the Debtor's reorganization; and, as such, all of the services rendered were authorized pursuant to the Court's January 25, 2011 Order Authorizing Employment Of Special Counsel and benefited the estate.

14. The value of the professional services rendered to the Debtors, as Debtors In Possession, covered by this Application is $10,201.67.

15. Actual and necessary costs in the amount of $10.00 have been expended by Counsel. Costs include filing fees, postage, and copying charges at the rate of ten cents (.10) per copy.

WHEREFORE, Mary T. Nicolau and the firm of Smith/Nicolau, P.C., pray for entry of an Order, pursuant to §§ 330 and 331 of the Bankruptcy Code, allowing Mary T. Nicolau and the firm of Smith/Nicolau, P.C. final compensation in the amount of $10,201.67 for actual and necessary professional services rendered and reimbursement in the amount of $10.00 for actual and necessary costs and expenses incurred; authorizing the Debtor to pay the allowed final compensation and reimbursement of costs and expenses of $10,211.67 as a priority cost of administration; and, for such other relief as this Court deems just.

Respectfully submitted,

By: _____
Mary T. Nicolau

Mary T. Nicolau
Smith/Nicolau, P.C.
162 North Franklin
Chicago, Illinois 60606