IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KB, LLC, et al.[1] | ) | Case No. 10 B 54396 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE THAT** on March 19, 2013, at 10:00 a.m., I shall appear before the Honorable Timothy A. Barnes, or any other judge sitting in his stead, in Room 613, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via U.S. Mail on the 11th day of March 2013.

                                                                            /s/ Gregory K. Stern
                                                                             Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #  02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

---

[1]   The Debtors, together with their bankruptcy case numbers are: (i) KB, LLC, 10 B 54396; and (ii) KB II, LLC, 11 B 3848.

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Patrick T. Wallace
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604

Steve Rappin
Hauselman, Rappin & Olswang. Ltd
39 S. LaSalle Street
Suite 1105
Chicago, IL 60603

**Parties Served Via First Class Mail**

KB, LLC
825 Seegers Rd.
Des Plaines, IL 60016

American Snow Removal, Inc.
825 Seegers Rd.
Des Plaines, IL 60016

American Brick Paving, Inc.
825 Seegers Road
Des Plaines, IL 60016

City of Des Plaines ó Legal Department
1420 Miner St.
Des Plaines, IL 60016

Commercial Brick Paving, Inc.
825 Seegers Rd.
Des Plaines, IL 60016

Cook County Treasurer
Attention: Law Department
118 N. Clark St.
Room 212
Chicago, IL 60602

Damiano Diesel of Des Plaines
10 S. River Rd.
Des Plaines, IL 60016

Frost, Ruttenberg and Roth
111 Pfingsten Road, Suite 300
Deerfield, IL 60015

Matt Scussel
412 Timberwalk Lane
Lake Mary, FL 32746

Smith/Nicolau, P. C.
162 N. Franklin, Suite 201
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KB, LLC, et al.[2] | ) | Case No. 10 B 54396 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: March 19, 2013 |
| | ) | Hearing Time:  10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes the reorganized and substantively consolidated Debtor, KB, LLC, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Christina M. Riepel, and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On December 8, 2010 (the "KB Petition Date"), KB filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Code").

2. On January 31, 2011 (the "KB II Petition Date"), KB II filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On December 19, 2012, an Order Approving Adequacy of Proposed Disclosure Statement and Confirming Seventh Amended Plan of Substantive Consolidation and Reorganization (the "Confirmation Order") was entered. Under the Confirmed Plan, the KB, LLC and KB II, LLC estates were substantively consolidated into a single reorganized Debtor, KB, LLC. The Confirmation Order is final and not subject to appeal.

4. The Effective Date of the Plan was January 18, 2013.

5. The Debtor has begun making its payments under the terms of the Confirmed Plan.

6. On February 11, 2013, the Debtor made its first payment towards the Class One Secured Claim of American Chartered Bank.

7. On February 15, 2013, the Debtor made its first payment of $1,007.77 towards to the Class Two claim of Cook County for pre-petition real estate taxes.

8. On February 15, 2013, the Debtor made its first Distribution to the Class 4 unsecured creditors' claims.

9. Class 1 Secured Claims are contractually current and continue to be paid on time.

10. Class 4 Claims are scheduled to be paid every six months for 60 months under the terms of the Plan.

11. Class 2 Claims are scheduled to be paid monthly for 36 months under the terms of the Plan.

12. The Debtor has made arrangements for the payment of its Administrative Claims with Gregory K. Stern, P.C.

13. The Reorganized Debtor has made all payments required by the United States Trustee, including the Substantively Consolidated Debtor's final payment for the current quarter of $650.00, which was sent by the Debtor on February 28, 2013.

14. Pursuant to Article X, 10.4, the Plan has been consummated based upon the foregoing distributions.

15. The Debtor's Confirmed Plan satisfies the requirements of Bankruptcy Code § 1129(b); the Plan complies with the applicable provisions of Title 11 and has been proposed in good faith and not by any means forbidden by law; and, the Confirmed Plan is feasible in that the Confirmation Order is not likely to be followed by the need for further financial reorganization.

---

[2] The Debtors, together with their bankruptcy case numbers are: (i) KB, LLC, 10 B 54396; and (ii) KB II, LLC, 11 B 3848.

16. There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, KB, LLC, the Reorganized Debtor, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree Closing Chapter 11 Case pursuant to § 350 and Bankruptcy Rule 3022;

(b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(c) For such other relief as may be just.

        /s/ Gregory K. Stern
Gregory K. Stern, Attorney for KB, LLC

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID # 02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558